UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br><br>DAVID GINGRICH, et al,<br><br>    Defendant. | No. CV-05-199-FVS<br><br>ORDER |

**THIS MATTER** having come before the Court based upon application for judgment and decree of foreclosure; Now, therefore

**IT IS HEREBY ORDERED:**

The "United States of America's Application for Judgment and Decree of Foreclosure upon Order of Default" (Ct. Rec. 9) is granted.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this   15th   day of December, 2005.

                         s/ Fred Van Sickle
                         Fred Van Sickle
                    United States District Judge

ORDER- 1