```
1  JAMES A. McDEVITT
   United States Attorney
2  WILLIAM H. BEATTY
   Assistant United States Attorney
3  P.O. Box 1494
   Spokane, Washington 99210-1494
4  Telephone: (509) 353-2767
   Fax: (509) 353-2766
5
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV-05-199-FVS |
| Plaintiff, | |
| vs. | JUDGMENT AND DECREE OF FORECLOSURE |
| DAVID S. GINGRICH and SHELLEY J. GINGRICH, husband and wife; and WENATCHEE ASSISTED LIVING, | |
| Defendants. | |

Plaintiff's Application for Judgment and Decree of Foreclosure upon Order of Default having come on for consideration, the defendants DAVID S. GINGRICH and SHELLEY J. GINGRICH, husband and wife, and WENATCHEE ASSISTED LIVING, being in default and their default having been entered, and the Court being fully advised in the premises,

IT IS ORDERED, ADJUDGED, and DECREED as follows:

I.

Plaintiff is awarded judgment against defendants DAVID S. GINGRICH and SHELLEY J. GINGRICH, husband and wife, both individually and the community composed of them, in the amount of $60,970.10 ($39,379.23 principal and $1,880.44 interest, plus $19,710.43 subsidy recapture, administrative fees and charges accrued through May 10, 2004); plus interest at the rate of $10.2494 per day from and after May 10, 2004, to the date of

JUDGMENT AND DECREE OF FORECLOSURE - 1
[F51202kd.WBgingrich]

judgment; plus interest from the date of judgment at the legal rate until paid in full; plus the costs of suit, including the filing fee allowed pursuant to 28 USC § 2412(a)(2).

II.

The debt upon which this judgment is based is secured and perfected by the following:

(1) A real estate mortgage recorded October 21, 1975, under Auditor's File No. 754236, Official Records of Chelan County, Washington;

(2) A real estate mortgage recorded February 21, 1978, under Auditor's File No. 783425, Official Records of Chelan County, Washington; and

(3) A real estate deed of trust recorded December 21, 1988, under Auditor's File No. 8812210049, Official Records of Chelan County, Washington.

III.

The foregoing real estate mortgages and deed of trust cover the following described property situated in Chelan County, State of Washington:

REAL PROPERTY

Lot 7, Block 1, Hart's First Addition to Malaga, Chelan County, Washington, according to the plat thereof recorded in Volume 5 of Plats, Page 31.

APN 222128606035

IV.

Said real estate mortgages and deed of trust, which constitute first and prior liens upon the property described therein, are hereby foreclosed and defendants DAVID S. GINGRICH and SHELLEY J. GINGRICH, husband and wife, both individually and the community composed of them, and WENATCHEE ASSISTED LIVING and all persons claiming by, through or

JUDGMENT AND DECREE OF FORECLOSURE - 2
[F51202kd.WBgingrich]

1 under them are forever barred and foreclosed from asserting any right, title, or
2 interest in and to said property, except for the statutory rights of redemption
3 allowed by the laws of the State of Washington, and said property is hereby
4 ordered sold in the manner provided by law with the proceeds of such sale to be
5 applied to the expenses thereof, and then in satisfaction of the sums adjudged to
6 be due plaintiff herein.

V.

Any party to this suit may become a purchaser at such sale.

VI.

The plaintiff shall not have a deficiency judgment in the event the sum received from the sale is insufficient to pay the judgment in full.

DATED this __15th__ day of December, 2005.

s/ Fred Van Sickle
FRED VAN SICKLE
United States District Judge

Presented by:

JAMES A. McDEVITT
United States Attorney

s/ William H. Beatty
WILLIAM H. BEATTY
Assistant U.S. Attorney
Attorney for Plaintiff
USA-WAE-WBeatty

JUDGMENT AND DECREE OF FORECLOSURE - 3
[F51202kd.WBgingrich]

CERTIFICATE OF SERVICE

I hereby certify that on December 7th, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: No Recipients, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

DAVID S. GINGRICH
P.O. BOX 37
MALAGA, WA 98828-0037

DAVID S. GINGRICH
1201 MAPLE STREET, APT #7
WENATCHEE, WA 98801

SHELLEY J. GINGRICH
P.O. BOX 37
MALAGA, WA 98828-0037

SHELLEY J. GINGRICH
1201 MAPLE STREET, APT. #7
WENATCHEE, WA 98801

WENATCHEE ASSISTED LIVING
451 N. BAKER AVE
EAST WENATCHEE, WA 98802

s/ William H. Beatty
William H. Beatty
First Assistant United States Attorney
Attorney for Plaintiff
United States Attorney's Office
Post Office Box 1494
Spokane, Washington 99210-1494
(509) 353-2767(Tel)
(509) 353-2766(Fax)
USA-WAE-WBeatty

CERTIFICATE OF SERVICE
[F51202kd.WBgingrich]